**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

**BEATRIZ and RODRIGO CISNEROS,**

*Plaintiffs*,

v.

**STATE FARM FIRE AND CASUALTY COMPANY,**

*Defendant.*

**Case No. CIV-25-42-R**

**Hon. David L. Russell**

## PLAINTIFFS' EXHIBIT LIST

In compliance with the Court's Scheduling Order, the following represents Plaintiffs' Final exhibit list in this matter. Discovery is ongoing. As a result, the list is necessarily incomplete in some respects and over-inclusive in other respects. Plaintiff has endeavored to list documents which have been produced in discovery and which may be utilized by Plaintiffs in the trial of this matter. Plaintiffs reserve the right to introduce all exhibits discovered after this date or produced to it after this date, whether voluntarily or by court order. This exhibit list is for disclosure and notification purposes only as exhibits Plaintiffs may use at trial. Plaintiffs reserve the right to object to any exhibit listed on this list and on Defendant's list at the trial of this case. Accordingly, Plaintiffs submit the following Exhibit List:

| Plaintiffs' Exhibit No. | Bates No. (where applicable) | Description |
|---|---|---|
| PX 1 | CISNEROS000001-33 | All Performance Roofing & Restorations Damage Report |
| PX 2 | CISNEROS000034-40 | APR Estimate |

| | | |
|---|---|---|
| PX 3 | CISNEROS000041-46 | State Farm Estimate |
| PX 4 | CISNEROS000047-52 | State Farm Structural Damage Report |
| PX 5 | CISNEROS000053-61 | December 2024-25 Policy Renewal |
| PX 6 | CISNEROS000062-64 | December 2023-24 Renewal Declaration Pages |
| PX 7 | CISNEROS000065 | Ceiling leak video |
| PX 8 | CISNEROS000066-198 | June 28-September 3, 2024 emails with attachments |
| PX 9 | SF.CISNEROS_000001-61 | State Farm Policy |
| PX10 | SF.CISNEROS_000062-363 | State Farm Claim File |
| PX11 | SF.CISNEROS_000364 | Ceiling leak video |
| PX 12 | SF.CISNEROS_000365-368 | Homeowner Application |
| PX 13 | SF.CISNEROS_000369-444 | State Farm Customer Rating Index and Claim Record |
| PX14 | SF.CISNEROS_000445-448 | Homeowner Application |
| PX15 | SF.CISNEROS_000449 | Message Re error billing additional interest |
| PX16 | SF.CISNEROS_000450-475 | Risk Report |
| PX17 | SF.CISNEROS_000476 | Fire Policy Transactions - Streamed – Additional Interest Changes |
| PX18 | SF.CISNEROS_000477 | Chart Re Policy and notes regarding premiums, coverage, billing, etc. |
| PX19 | SF.CISNEROS_478-479 | 360Value Replacement Cost Estimate |
| | | Any and all State Farm marketing materials related to homeowners' policies, including Plaintiffs' Policy |
| | | State Farm's underwriting file for Plaintiffs, including but not limited to the insurance applications and policy forms |
| | | All emails and other correspondence related to the subject Plaintiffs' claim |
| | | All documents, emails, and correspondence related to Plaintiffs' procurement/renewal of the subject Policy from Jim Campos Agency, Inc. |

| | | |
|---|---|---|
| | | CV, Resume, and related documents of Plaintiffs' expert witnesses. |
| | | Any and all relevant reports, estimates, invoices and receipts relating to the Subject Property |
| | | Personnel files of State Farm's adjusters, supervisors, and any other personnel involved in the handling, adjustment, and denial of Plaintiffs' claim. |
| | | Relevant Portion of State Farm Claims Manuals and more specific Guides referenced therein |
| | | Performance documents relating to Defendant and its employees involved in Plaintiffs' claim. |
| | | State Farm's website pages |
| | | Documents relating to Plaintiffs' losses and damages, including but not limited to property and contractual damages |
| | | Financial statements and other documents related to Defendant's financial condition, including but not limited to balance sheets and tax returns and market cap documents |
| | | Photos, weather data, and inspection report from Harry Coates |
| | | Photos, weather data, and inspection report from Jared Joseph |
| | | All State Farm documents and materials requested in Plaintiffs' discovery requests and Motion to Compel that State Farm has yet to produce |
| | | Any and all exhibits listed by Defendant and not objected to by Plaintiffs |
| | | As discovery is ongoing, Plaintiffs reserve the right to amend or supplement this exhibit list as necessary |

Respectfully submitted,

/s/ *John Sanders*

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097
**Whitten Burrage**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile: 405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing document was served on all parties of record by means of the Court's ECF system.

/s/ *John Sanders*