**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BEATRIZ and RODRIGO CISNEROS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-42-R |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The following motions are fully briefed and pending before the Court: Plaintiffs' Motion to Compel [Doc. Nos. 38, 43]; State Farm's Motion for Protective Order and to Quash Notice of Rule 30(b)(6) Deposition [Doc. Nos. 42, 44, 47], and State Farm's Motion for Protective Order and to Quash Deposition Notice of Nicole Manduca [Doc. Nos. 49, 50, 51, 74].

The disputes raised in Plaintiffs' Motion to Compel and State Farm's Motion for Protective Order and to Quash Notice of Rule 30(b)(6) Deposition are nearly identical to the discovery disputes the Court addressed in *Barlow v. State Farm Fire & Cas*. Co., No. CIV-25-44-R (W.D. Okla. May 12, 2026). Accordingly, for the reasons stated in *Barlow*, Plaintiffs' Motion to Compel is granted in part and denied in part. State Farm's Motion for Protective Order and to Quash Notice of Rule 30(b)(6) Deposition is granted in part, and the parties are directed to confer in a good faith effort to narrow the topics. If there are any remaining disputes, either party may assert those in a separate motion.

For the reasons stated in *Cook v. State Farm Fire & Cas. Co.*, No. CIV-25-1098-R, (W.D. Okla. May 7, 2026), the Motion for Protective Order and to Quash Deposition Notice of Nicole Manduca is DENIED. The Court further finds that consolidation of Ms. Manduca's deposition with the deposition ordered in *Wiesman v. State Farm Fire & Cas. Co.,* No. CIV-25-00050-JD (W.D. Okla. April 3, 2026) is warranted. S*ee Cook v. State Farm Fire & Cas. Co.*, No. CIV-25-1098-R, (W.D. Okla. May 7, 2026).

Last, the Court finds the stay of this case should be, and is hereby, lifted. Within thirty days of the date of this order, the parties are directed to submit a proposed amended scheduling order and a proposed amended deadline to respond to State Farm's Motion for Partial Summary Judgment and Motion to Strike.

IT IS SO ORDERED this 12th day of May, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE